441 P.2d 57

**STATE of New Mexico ex rel. Wesley QUINN, Petitioner,**

v.

**The NINTH JUDICIAL DISTRICT COURT of the State of New Mexico WITHIN AND FOR THE COUNTY OF CURRY and the Honorable Dee C. Blythe, as Judge Thereof, Respondents.**

No. 8660.

Supreme Court of New Mexico.
May 15, 1968.

CHAVEZ, Chief Justice, and NOBLE, MOISE, COMPTON and CARMODY, Justices concurring.

Ordered that the Alternative Writ of Prohibition heretofore issued herein on May 2, 1968, be and the same is hereby quashed.

441 P.2d 57

**STATE of New Mexico, Respondent,**

v.

**Lonnie K. MANLOVE, Petitioner.**

No. 8673.

Supreme Court of New Mexico.
May 24, 1968.

CHAVEZ, Chief Justice and NOBLE, MOISE, and COMPTON, Justices concurring.

CARMODY, Justice, being absent and not participating;

Ordered that Petition for Writ of Certiorari be and the same is hereby denied.

Further ordered that the record in Court of Appeals N.M.App., 441 P.2d 229 be and the same is hereby returned to the Clerk of the Court of Appeals.

441 P.2d 57

**Jerry FANCHER, Plaintiff-Appellee,**

v.

**Fred HEFLIN, d/b/a Heflin's Seed Company, Defendant-Appellant.**

No. 8678.

Supreme Court of New Mexico.
May 29, 1968.

Ordered that Petition for Writ of Certiorari be and the same is hereby denied.

Further ordered that the record in Court of Appeals N.M.App., 441 P.2d 506, be and the same is hereby returned to the Clerk of the Court of Appeals.

441 P.2d 57

**STATE of New Mexico ex rel. The ATCHISON, TOPEKA and SANTA FE RAILWAY COMPANY, a corporation, Petitioner,**

v.

**The Honorable Paul F. LARRAZOLO, Judge of the District Court, Division VI, of the Second Judicial District of the State of New Mexico, Respondent.**

No. 8690.

Supreme Court of New Mexico.
June 5, 1968.

NOBLE, MOISE and CARMODY, Justices, concurring. CHAVEZ, Chief Justice and COMPTON, Justice, being absent and not participating;

Ordered that the petition for Writ of Prohibition be and the same is hereby denied.